HARVEY J. BRANNEN, Respondent and Appellant, *v.* UNION STOCK YARDS BANK OF BUFFALO, Appellant and Respondent, Impleaded with Others.

*Brannen* v. *Union Stock Yards Bank of Buffalo*, 162 App. Div. 932, affirmed.
(Argued March 4, 1915; decided May 25, 1915.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 3, 1914, which affirmed a judgment in favor of plaintiff as to certain causes of action

set forth in the complaint and dismissing said complaint as to certain other causes of action set forth therein. The action is in equity to compel the defendant Union Stock Yards Bank of Buffalo to account for moneys alleged to belong to a large number of shippers of live stock who had consigned live stock to the firm of C. F. Pfeiffer & Sons, a live stock commission house, for sale at East Buffalo, the proceeds of sale having been deposited by that firm in the defendant bank and a portion of it offset by the bank against a claim under a note made by said firm to the said bank. All of said claims were assigned to the plaintiff who brings this action thereupon.

*William C. Carroll* for plaintiff, appellant and respondent.

*Orson J. Weimert* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.